### LOUIS C. THIERRY, APPELLANT, v. GEORGE E. CRAWFORD, RESPONDENT, IMPLEADED, ETC.

*Practice — where a notice of appeal is signed by an attorney, other than the attorney of record, the objection should be raised by a motion to dismiss the appeal — a denial in an answer of "each and every allegation not hereinbefore admitted or denied" is bad — Code of Civil Procedure, sec. 500.*

APPEAL from an order made at a Special Term, denying a motion to strike out portions of the defendant's answer and for judgment thereon.

Upon the hearing the respondent claimed that the notice of appeal was irregular and void because signed by an attorney other than the attorney of record in the court below.

The court at General Term said: "So far as appears from the papers submitted no notice of appeal was served by the attorney of

record for the plaintiff, and no substitution is shown. This was a fatal irregularity if properly taken advantage of; but the appellant was entitled to have a notice of motion served upon him to dismiss the appeal upon that ground, and to have an opportunity to show that prior to the service of the notice of appeal Moore & Moore had been duly substituted as attorneys for the appellant, for the reason that an appeal from the order would not bring up a notice of substitution. Neither does it appear that the notice of appeal was not served in time.

" We think under the authorities the court erred in not striking out the words in the defendant's answer, to wit: ' He denied each and every allegation not hereinbefore admitted or denied.' This form of denial is not authorized by section 500 of the Code of Civil Procedure. It is neither a general nor a specific denial and cannot be allowed to stand." (*McEncroe* v. *Decker*, 58 How., 250; *Miller* v. *McCloskey*, 1 Civil Pro. R., 253; *Leary* v. *Boggs*, 3 id., 227.)

*Moore & Moore*, for the appellant.

*Oudin & Oakley*, for the respondent.

Opinion by PRATT, J.

Present — BARNARD, P. J., DYKMAN and PRATT, JJ.

Order modified by striking out part of answer, and affirmed as to residue, without costs.